**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6164**

―――――――――

ROBERT EARL MARSHALL,

                              Petitioner - Appellant,

    versus

A. D. ROBERTSON, Warden,

                              Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-00-231-3)

―――――――――

Submitted: June 29, 2001          Decided: July 19, 2001

―――――――――

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Robert Earl Marshall, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Earl Marshall appeals the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).[1] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the magistrate judge.[2] See Marshall v. Robertson, No. CA-00-231-3 (E.D. Va. Jan. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[1] The parties consented to jurisdiction of the magistrate judge. See 28 U.S.C.A. § 636(a) (West 1994 & Supp. 2000).

[2] Marshall raised several new claims for the first time in his informal brief on appeal. Marshall fails to present exceptional circumstances justifying review of these claims. We therefore decline to address them. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).